

ENTERED
07/11/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 17-34196 |
| VANDERHALL EXOTICS OF | § | CHAPTER 11 |
| HOUSTON,; fka GLOBAL MOTORCARS | § | |
| OF HOUSTON, LLC; fka GLOBAL | § | |
| MOTORCARS OF NEVADA, LLC | § | |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
(Docket Nos. 18 and 36)

With the Debtor's consent and on the motions of Westlake Flooring Company, LLC d/b/a Westlake Flooring Services and Nations Equipment Finance, it is

**ORDERED THAT**:

1. The United States Trustee shall appoint a chapter 11 trustee.

2. The trustee shall immediately proceed to take possession of the estate's assets. No person shall take any action regarding the estate's property without the trustee's permission or further court order.

**SIGNED: July 11, 2017.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE