IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **VANDERHALL EXOTICS OF HOUSTON** | § | Case No. 17-34196-H2-7 |
| *Fka* **Global Motorcars of Houston, LLC,** | § | Chapter 7 |
| *Fka* **Global Motorcars of Nevada, LLC** | § | |
| **Debtor** | § | |

### ORDER FOR DIMITRIAUS PETERSON TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR HIS CONTEMPT

Came on for consideration the Motion of Third Coast Bank, SSB ("**TCB**") seeking an Order of this Court for Dimitriaus Peterson to show cause why he should not be held in contempt and sanctioned, and the Court admitted TCB's Exhibits 1-14 for the purposes of this and any future hearings on this matter, and it appearing by clear and convincing evidence that a) this Court had issued a valid Order Granting TCB's Motion to Compel 2004 Examination of Dimitriaus Peterson and His Responses to Subpoena Duces Tecum [Docket No. 380], b) Dimitriaus Peterson had notice of this Court's valid Order [Doc. No. 380]; and c) that Dimitriaus Peterson failed to comply with that valid Order [Doc. No. 380], the Court finds Dimitriaus Peterson in contempt of that Order [Doc. No. 380]. It is therefore

ORDERED that Dimitriaus Peterson shall appear on **September 12, 2018** at **3:30 p.m.** in Courtroom #400, on the 4th Floor of the Federal Courthouse at 515 Rusk St., Houston, Texas 77002, to show cause why he should not be sanctioned for his contempt by failing to produce documents responsive to TCB's Notice of Rule 2004 Examination of Dimitriaus Peterson and Subpoena Duces Tecum; his failure to appear for his Rule 2004 examination; and his failure to appear at the August 16, 2018 hearing. It is further

ORDERED that if there is no explanation or the offered explanation is not credible, this Court will sanction Dimitriaus Peterson for his contempt and the Court will order Dimitriaus Peterson to reimburse TCB its reasonable attorneys' fees and costs incurred due to Dimitriaus Peterson's contemptuous conduct.  It is further

ORDERED that should Dimitriaus Peterson fail to appear at the September 12, 2018 hearing the Court may issue a bench warrant for the U. S. Marshals Service to seize Dimitriaus Peterson and bring him before this Court.  It is further

ORDERED that TCB is granted permission to take possession of the 2014 Land Rover with Vehicle Identification Number SALWV2TF6EA357328, wherever it may be found, to be held by TCB until further order of this Court.  It is further

ORDERED that TCB shall serve this Order upon Dimitriaus Peterson by any reasonable means to effectuate service upon him.

SIGNED this _____ day of August, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM:

/s/ Michael J. Durrschmidt
Michael J. Durrschmidt
Hirsch & Westheimer PC
1415 Louisiana, 36th Floor
Houston, Texas 77002
mdurrschmidt@hirschwest.com

/s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
jwolfshohl@porterhedges.com